**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VIRGINIA JUNEAU,

       Plaintiff,

v.                                  Case No. 8:14-cv-1907-MSS-TGW

GENESIS BANKCARD SERVICES, INC.,

       Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Genesis Bankcard Services, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                    Respectfully Submitted,

                                      /s/ Dayle M. Van Hoose
                                      Dayle M. Van Hoose, Esq.
                                      Florida Bar No. 0016277
                                      Rachel A. Morris, Esq.
                                      Florida Bar No. 0091498
                                      Abigail S. Pressler, Esq.
                                      Florida Bar No. 0098072
                                      SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                      3350 Buschwood Park Drive, Suite 195
                                      Tampa, Florida  33618
                                      Telephone:   (813) 890-2463
                                      Facsimile:     (866) 466-3140

dvanhoose@sessions-law.biz
rmorris@sessions-law.biz
apressler@sessions-law.biz

Attorneys for Defendant,
Genesis Bankcard Services, Inc.

## CERTIFICATE OF SERVICE

I certify that on this 27th day of January 2015, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Michael J. Vitoria, Esq.
Morgan & Morgan, P.A.
One Tampa City Center
201 North Franklin Street, 7th Floor
Tampa, FL 33602

/s/ Dayle M. Van Hoose
Attorney