**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VIRGINIA JUNEAU,

    Plaintiff,

v.                                                    Case No: 8:14-cv-1907-T-35TGW

GENESIS BANKCARD SERVICES, INC.,

    Defendant.
_____/

## ORDER DIRECTING ADMINISTRATIVE CLOSURE

On January 27, 2015, the Parties filed a Notice of Pending Settlement, informing the Court that the Parties have reached a verbal settlement. (Dkt. 13) Therefore it is hereby

**ORDERED** that this case be **administratively closed** pending receipt of a final stipulation of dismissal within sixty (60) calendar days from the date of this Order. If no stipulation is received, and no request for extension of time is filed, the Clerk of Court shall dismiss the case with prejudice with no further order. The Clerk is directed to terminate any pending motions in this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of January, 2015.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Any pro se party